```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x
DUANE HAWKINS,

                    Plaintiff,           **MEMORANDUM AND ORDER**

      -against-                          16-cv-1592 (FB) (RML)

BOBBIE JO BOYD and TANYA
JOHNSON,

                    Defendants.
---------------------------------------------------x
```

*Appearances*:

*For Plaintiff*:
ZAKI ISAAC B. TAMIR
RONALD LAWRENCE LANGMAN
Tamir Law Group
30 Broad Street, 14th Floor
New York, New York 10004

**BLOCK, Senior District Judge**:

On November 18, 2016, Magistrate Judge Robert M. Levy ("MJ") issued a Report and Recommendation ("R&R") recommending that plaintiff's Motion for Default Judgment be granted. The R&R was docketed on November 18, 2016. To date, no objections have been filed, and more than fourteen days have passed.

Where there are no objections, the Court may adopt the R&R without de novo review. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation

operates as a waiver of further judicial review of the magistrate's decision."). This Court, however, will conduct de novo review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000). No such error appears here. Accordingly, the Court adopts the R&R without de novo review and grants plaintiff's Motion for Default Judgment.

**SO ORDERED**.

/S/ Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
January 3, 2017